**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| VINCENT JACKSON, JR. | § | |
| | § | |
| VS. | § | CASE NO.  5:22-CV-00028-RWS-CMC |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

<u>ORDER</u>

Petitioner Vincent Jackson, Jr., a prisoner previously confined at the Telford Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The Court ordered that this matter be referred to the Honorable Caroline Craven, United States Magistrate Judge, at Texarkana, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends dismissing the petition without prejudice.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence. Docket No. 5. Petitioner acknowledged receipt of the Report and Recommendation on April 18, 2022. Docket No. 6. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties. Thus, any aggrieved party is barred from *de novo* review by the district court of the proposed findings and recommendations of the magistrate judge.

There being no grounds of plain error or manifest injustice, the Court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the findings and conclusions of this Court.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report of the Magistrate Judge (Docket No. 5) is **ADOPTED**.  A final judgment will be entered in accordance with the Magistrate Judge's recommendation.

  IT IS SO ORDERED.

**SIGNED this 20th day of May, 2022.**

                              *Robert W Schroeder III*
                              ROBERT W. SCHROEDER III
                              UNITED STATES DISTRICT JUDGE